# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN TOLMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS; IDAHO CHAPTER OF THE AMERICAN RED CROSS,<br><br>    Defendants. | Case No. 4:10-628-E-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the stipulation of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that the American Red Cross and the American Red Cross, Greater Idaho Chapter, sued herein as the Idaho Chapter of the American Red Cross, are DISMISSED WITH PREJUDICE, with all parties bearing their own costs and attorneys' fees.

IT IS FURTHER ORDERED, that the Clerk shall close this case.

DATED: November 15, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

**Order of Dismissal with Prejudice**